## Keefer *v.* Modern Woodmen of America, Appellant.

Argued April 28, 1902. Appeal, No. 84, Jan. T., 1902, by defendant, from judgment of C. P. Cumberland Co., Sept. T., 1900, No. 194, for defendant, non obstante veredicto, in case of Alice Keefer to use v. Modern Woodmen of America. Before McCOLLUM, C. J., MITCHELL, DEAN, FELL and POTTER, JJ. Affirmed.

PER CURIAM, May 19, 1902:
The judgment having been affirmed on the appeal by the plaintiff, No. 396, January term, 1901, this cross-appeal by the defendant raises no material question, and is dismissed.